**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-2048**

_____

CONNIE JOHNSON; RAY JOHNSON,

                    Plaintiffs - Appellants,

          v.

DIAL INDUSTRIES SALES, INCORPORATED; TELESTEPS, INCORPORATED,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  John Preston Bailey, District Judge.  (3:05-cv-00047-JPB)

_____

Submitted:  July 14, 2008           Decided:  August 6, 2008

_____

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Dennis F. O'Brien, FOARD, GISRIEL, O'BRIEN & WARD, LLC, Towson, Maryland, for Appellants.  John T. Sly, James B. Lees, Jr., WARANCH & BROWN, LLC, Lutherville, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Connie and Ray Johnson appeal the district court's order granting summary judgment to Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Johnson v. Dial Indus. Sales, Inc.</u>, No. 3:05-cv-00047-JPB (N.D. W. Va. Sept. 21, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>